# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

| | |
|---|---|
| JOHNNIE MARENE THOMAS, ) | |
| ) | |
| Plaintiff/Appellant, ) | |
| ) | 2:22cv147 |
| v. ) | |
| ) | |
| JOHN S. MYERS, ) | |
| ) | |
| Defendant/Appellee. ) | |

## ORDER

The appeal in the above-styled action having been dismissed, *sua sponte*, for lack of jurisdiction by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This 30 day of May, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA