# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

MS. JOHNNIE MARENE THOMAS, )
                                  )
     Plaintiff/Appellant,       )
                                  )        2:22cv147
v.                               )
                                  )
JOHN S. MYERS,           )
                                  )
     Defendant/Appellee.     )

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This **28** day of September, 2023.

                             HON. LISA GODBEY WOOD, JUDGE
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF GEORGIA